# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 1:17-cv-00110-CCC |
| v. | ) |
| THE WESTERN UNION COMPANY, a corporation, also doing business as Western Union Financial Services, Inc., and through other subsidiaries and affiliates, | ) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Western Union Company states the following:

1. The Western Union Company has no parent corporation and, to the best of its knowledge, the following entities own more than 5% of its stock:

    a. Capital Research Global Investors (U.S.)

    b. The Vanguard Group, Inc.

    c. Fidelity Management & Research Company

    d. Newton Investment Management, LTD

Dated: January 19, 2017                           Respectfully submitted,

                    By:  s/ Sean M. Berkowitz
                    Sean M. Berkowitz (IL 6209701)
                    Johanna Spellman (IL 6293851)
                    LATHAM & WATKINS LLP
                    330 North Wabash Avenue
                    Suite 2800
                    Chicago, Illinois 60611
                    (312) 777-7016 (telephone)
                    (312) 993-9767 (facsimile)

                    *Special Admission/Pro Hac Vice Pending*

                    Edward B. Schwartz (DC 429690)
                    STEPTOE & JOHNSON LLP
                    1330 Connecticut Avenue, NW
                    Washington, D.C. 20036
                    (202) 429-6330 (telephone)
                    (202) 429-3901 (facsimile)

                    *Special Admission/Pro Hac Vice To Be Filed*

                    Attorneys for Defendant
                    The Western Union Company

## **CERTIFICATE OF SERVICE**

I certify that on January 19, 2017, I filed the attached document with the Court's ECF system such that all counsel of record will receive service automatically.

s/ Sean M. Berkowitz